FILED
2013 Nov-14 AM 08:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **ARTAVION DE'ONDREA GREENE,** | ) ) ) | |
| Plaintiff, | ) | Civil Action Number |
| vs. | ) ) | **2:12-cv-3627-AKK** |
| **RODERICK D. GRAHAM,** | ) ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report and recommendation on October 16, 2013, recommending that this action be dismissed without prejudice because the court is without jurisdiction. Doc. 18. Neither party has filed any objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge.  The court further **ACCEPTS** the recommendation of the magistrate judge that this action be **DISMISSED** without prejudice for lack of subject-matter jurisdiction.

**DONE** this 14th day of November, 2013.

_____
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE